By Telecopier (212) 805-7933

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC# _____
DATE FILED: 9/10/12

LAW OFFICES OF

wise counsel for growing businesses®

**RONALD I. PALTROWITZ**

Hon. Andrew J. Peck
United States Magistrate Judge
United States Courthouse
500 Pearl Street
New York, New York 10007-1312

September 7, 2012

Re: RGI Brands, LLC v. Cognac Brisset-Aurige S.A.R.L.
12 CIV. 1369 (BSJ) (AJP)

Your Honor:

The undersigned is counsel for plaintiff in the above-captioned action. Counsel for defendant join me in respectfully requesting that that the Settlement Conference scheduled with Your Honor for September 19, 2012 at 11:00 a.m. be adjourned until October 18, 2012 or a date thereafter convenient for Your Honor.

Yesterday, the parties conducted initial settlement discussions. The discussions were held by telephone as Plaintiff is in Michigan and Defendant in France. Based upon those discussions, it would appear that there is a reasonable chance that the parties may reach a settlement without the need to involve the Court. Plaintiff is presently preparing a Term Sheet for Defendant setting out a full settlement proposal. The proposal will be delivered to counsel for Defendant prior to September 12, 2012. A second telephone conference is scheduled for September 12, 2012.

The Scheduling Order, as amended, extended the discovery cutoff date until December 14, 2012. Accordingly, counsel believe that the adjournment of the Settlement Conference until on or about October 18, 2012 will not cause undue delay.

This is the second request for extensions of time and all counsel consent to the request.

**MEMO ENDORSED** 9/10/12

Settlement conf adjourned until 10/23 at 10 AM. Status conf on 10/16. All pretrial deadlines [unchanged?] do not [illegible].

Very truly yours,

LAW OFFICES OF RONALD I. PALTROWITZ

By: _____
Ronald I. Paltrowitz

RIP:hs

cc: (via email): Sullivan & Worcester LLP,

SO ORDERED:

_____
Hon. Andrew Jay Peck
United States Magistrate Judge

Copies faxed to counsel

*BY ECF*

CORPORATE LLC PARTNERSHIPS | BUSINESS TRANSACTIONS | EMPLOYMENT LAW
PRIVATE EQUITY FUNDING | INTELLECTUAL PROPERTY LAW | DISPUTE RESOLUTION
REAL ESTATE | JOINT VENTURES/STRATEGIC ALLIANCES | FRANCHISES/LICENSING

# ECF TRANSCRIPTION SHEET



**ANDREW J. PECK**
**UNITED STATES MAGISTRATE JUDGE**
**UNITED STATES DISTRICT COURT**
Southern District of New York
United States Courthouse
500 Pearl Street, Room 1370
New York, N.Y. 10007-1312

Fax No.:       (212) 805-7933
Telephone No.: (212) 805-0036

Dated:  September 10, 2012                         Total Number of Pages:  2

## TRANSCRIPTION OF MEMO ENDORSED ORDER

Settlement conf. adjourned until 10/23 at 10 AM. Settlement memos due 10/16. All other deadlines remain unchanged and are not likely to be extended.

Copies to:   All Counsel
             Judge Barbara S. Jones