

**SULLIVAN ● WORCESTER**

Sullivan & Worcester LLP
1633 Broadway
New York, NY 10019

T 212 660 3000
F 212 660 3001
www.sandw.com

RECEIVED OCT 05 2012 CHAMBERS OF ANDREW J. PECK

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC#
DATE FILED: 10/5/12

**MEMO ENDORSED** 10/5/12

October 5, 2012

<u>Via Facsimile (212) 805-7933</u>

Hon. Andrew J. Peck,
 United States Magistrate Judge
United States District Courthouse
500 Pearl Street
New York, NY 10007-1312

Re: <u>RGI Brands, LLC v. Cognac Brisset-Aurige S.A.R.L.</u>, 12 Civ. 1369 (BSJ) (AJP)

Dear Magistrate Judge Peck:

This firm represents the defendant in the above-captioned matter. With the agreement of counsel for plaintiff, I am writing to request a change in the date of the settlement conference currently scheduled for October 23. Because of my mis-communication, my client is not available on that date. They are available before the scheduled date, on October 19, or November 15, 16, 28; December 2, 3; and any date after December 19.

I apologize for this inconvenience.

This is the third request to change the date of the conference. All counsel consent to the request.

Respectfully submitted,

George O. Richardson, III

cc(via facsimile): Ronald Paltrowitz, Counsel for plaintiff

Handwritten endorsement:
1. Settlement conference at parties' request to 11/16 at 9:30 AM. There will be no further changes - this date is set in stone, and settlement conference will go forward.
2. 10/14/14 discovery cutoff [illegible]

SO ORDERED:
Hon. Andrew Jay Peck
United States Magistrate Judge

BY ECF

{N0323875; 1}

# ECF TRANSCRIPTION SHEET



**ANDREW J. PECK**
**UNITED STATES MAGISTRATE JUDGE**
**UNITED STATES DISTRICT COURT**
Southern District of New York
United States Courthouse
500 Pearl Street, Room 1370
New York, N.Y. 10007-1312

Fax No.:         (212) 805-7933
Telephone No.:   (212) 805-0036

Dated:   October 5, 2012                              Total Number of Pages:   2

## TRANSCRIPTION OF MEMO ENDORSED ORDER

1. Settlement conf. rescheduled at parties' request to <u>11/16 at 9:30 AM</u>. There will be no further changes in this date.

2. The 12/14 discovery cutoff will remain unchanged, and is unlikely to be extended for any reason.

Copies to:   All Counsel
             Judge Barbara S. Jones