

# SULLIVAN & WORCESTER

Sullivan & Worcester LLP  
1633 Broadway  
New York, NY 10019

T 212 660 3000  
F 212 660 3001  
www.sandw.com

USDC SDNY  
DOCUMENT  
ELECTRONICALLY FILED  
DOC# _____  
DATE FILED: 11/26/12



RECEIVED  
NOV 21 2012  
CHAMBERS OF  
ANDREW J. PECK

November 21, 2012

By Facsimile

Hon. Andrew J. Peck,  
 United States Magistrate Judge  
United States District Courthouse  
500 Pearl Street  
New York, NY 10007-1312

Re: RGI Brands, LLC v. Cognac Brisset-Aurige S.A.R.L., 12 Civ. 1369 (BSJ) (AJP)

Dear Judge Peck:

This letter is written pursuant to the Court's request at the conference last Friday, November 16. Unfortunately the parties are no closer to a resolution than they were at the end of the Conference. The parties also are unable to agree with regard to alternative dispute resolution or the Court's offer of a one-day bench trial. Accordingly, although the parties will continue to try and settle the matter, we will need to proceed on the assumption that the matter will require a jury trial (to the extent that any claim, counter-claim, or defense has the right to be tried to a jury). In light of the foregoing, we would like to propose that the dates in the Pre-Trial Order be adjusted as follows:

1. Amended pleadings due November 30;

2. Responses, if any, to amended pleadings, due December 10;

3. Expert reports due December 28;

4. Discovery, including expert discovery, completed by January 11, 2013;

5. Notice of intent to file a summary judgment motion due January 18; and

6. Summary judgment motions or, if none, Proposed Pre-Trial Order due February 1.

{N0327878; 2}

**MEMO ENDORSED** 11/26/12

1. Above schedule approved. Further extensions are unlikely.

2. Counsel are to confer try dates of ADR or dispute resolution.

SO ORDERED:

Hon. Andrew Jay Peck  
United States Magistrate Judge

BY ECF

BOSTON   NEW YORK   WASHINGTON, DC

Hon. Andrew J. Peck,
 United States Magistrate Judge
November 21, 2012
Page 2

    Again, we would like to thank the Court for its time and effort in connection with the settlement conference.

    Respectfully submitted,

Ronald I. Paltrowitz
Attorney for Plaintiff

George O. Richardson, III
Attorney for Defendant

# ECF TRANSCRIPTION SHEET



**ANDREW J. PECK**
**UNITED STATES MAGISTRATE JUDGE**
**UNITED STATES DISTRICT COURT**
Southern District of New York
United States Courthouse
500 Pearl Street, Room 1370
New York, N.Y. 10007-1312

Fax No.: (212) 805-7933
Telephone No.: (212) 805-0036

Dated:        ber 26  2 12                              Total Number of Pages:  3

## TRANSCRIPTION OF MEMO ENDORSED ORDER

1. Above schedule approved. Further extensions are unlikely.

2. Counsel are to contact my chambers if there are any disputes, or re settlement.

Copies to:  All Counsel
            Judge Barbara S. Jones