

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC# _____
DATE FILED: 1/3/13

**SULLIVAN &**
**WORCESTER**

Sullivan & Worcester
1633 Broadway
New York, NY 10019

RECEIVED
JAN 03 2013
CHAMBERS OF
ANDREW J. PECK

**MEMO ENDORSED** 1/3/13

*All deadlines, inc. dispos of S-J et/70, remain in effect until there is a bankruptcy filing. Keep the Court advised.*

SO ORDERED
Hon. Andrew Jay Peck
United States Magistrate Judge

*Copies to: [illegible]*

January 3, 2013

By Facsimile

Hon. Andrew J. Peck,
 United States Magistrate Judge
United States District Courthouse
500 Pearl Street
New York, NY 10007-1312

Re: RGI Brands, LLC v. Cognac Brisset-Aurige S.A.R.L., 12 Civ. 1369 (BSJ) (AJP)

Dear Judge Peck:

This firm represents Cognac Brisset-Aurige S.A.R.L. ("CB-A"), the defendant and counterclaim-plaintiff in the above-captioned matter. I have been asked to inform the Court that for the past month, CB-A has been exploring the possibility of seeking protection under the bankruptcy laws in the Republic of France. I have been informed that CB-A will make a decision in this regard by January 17. I will further inform the Court when I know of CB-A's decision.

Respectfully submitted,

George O. Richardson, III

cc(via email): Ronald J. Paltrowitz, Esq.,
 counsel for plaintiff

{N0331626; 1}

# ECF TRANSCRIPTION SHEET



**ANDREW J. PECK**
UNITED STATES MAGISTRATE JUDGE
UNITED STATES DISTRICT COURT
Southern District of New York
United States Courthouse
500 Pearl Street, Room 1370
New York, N.Y. 10007-1312

Fax No.: (212) 805-7933
Telephone No.: (212) 805-0036

Dated: January 3, 2013            Total Number of Pages: 2

## TRANSCRIPTION OF MEMO ENDORSED ORDER

All deadlines, inc. discovery and SJ or PTO, remain in effect until there is a bankruptcy filing. Keep the Court advised.

Copies by ECF to: All Counsel
                    Judge Barbara S. Jones