UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

RGI BRANDS, LLC,

        Plaintiff/Counterclaim-Defendant,

-vs-

COGNAC BRISSET-AURIGE, S.A.R.L.,

        Defendant/Counterclaim-Plaintiff.

Case No. 12 CV 1369 (BSJ) (AJP)

## NOTICE OF MOTION

**PLEASE TAKE NOTICE**, that upon: (i) the annexed Declaration of George O. Richardson, III, executed on January 29, 2013, under penalty of perjury; (ii) the Memorandum of Law filed herewith; and (iii) and upon all prior pleading and proceedings in the above-captioned action, defendant/counterclaim-plaintiff's attorneys Sullivan & Worcester LLP, will apply to this Court, at the Courthouse, 500 Pearl Street, New York, New York 10007-1312, Courtroom 6B, as soon as counsel may be heard, for an Order pursuant to Rule 1.4 of the Local Rules of the United States District Courts for the Southern and Eastern Districts of New York granting Sullivan & Worcester LLP, George O. Richardson, III and Mitchell C. Stein leave to withdraw as counsel of record for defendant/counterclaim plaintiff Cognac Brisset-Aurige, S.a.r.l.

PLEASE TAKE FURTHER NOTICE, that answering papers, if any, must be served within 14 business days of the service hereof, pursuant to Rule 6.1 of the Local Rules of the United States District Courts for the Southern and Eastern Districts of New York.

{N0333023; 1}

| | |
|---|---|
| Dated: New York, New York<br>January 29, 2013 | SULLIVAN & WORCESTER LLP<br><br>By: /s/George O. Richardson, III<br>George O. Richardson, III<br>Mitchell C. Stein<br>1633 Broadway<br>New York, NY 10019<br>(212) 660-3000<br><br>Counsel for Defendant/Counterclaim-Plaintiff Cognac Brisset-Aurige S.a.r.l. |

{N0333023; 1}