USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC# _____
DATE FILED: 1/29/13

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

RGI BRANDS, LLC,

       Plaintiff/Counterclaim-Defendant,

-vs-

COGNAC BRISSET-AURIGE, S.A.R.L.,

       Defendant/Counterclaim-Plaintiff.

Case No. 12 CV 1369 (BSJ) (AJP)

**MEMO ENDORSED** -p2

## NOTICE OF MOTION

**PLEASE TAKE NOTICE**, that upon: (i) the annexed Declaration of George O. Richardson, III, executed on January 29, 2013, under penalty of perjury; (ii) the Memorandum of Law filed herewith; and (iii) and upon all prior pleading and proceedings in the above-captioned action, defendant/counterclaim-plaintiff's attorneys Sullivan & Worcester LLP, will apply to this Court, at the Courthouse, 500 Pearl Street, New York, New York 10007-1312, Courtroom 6B, as soon as counsel may be heard, for an Order pursuant to Rule 1.4 of the Local Rules of the United States District Courts for the Southern and Eastern Districts of New York granting Sullivan & Worcester LLP, George O. Richardson, III and Mitchell C. Stein leave to withdraw as counsel of record for defendant/counterclaim plaintiff Cognac Brisset-Aurige, S.a.r.l.

PLEASE TAKE FURTHER NOTICE, that answering papers, if any, must be served within 14 business days of the service hereof, pursuant to Rule 6.1 of the Local Rules of the United States District Courts for the Southern and Eastern Districts of New York.

{N0333023; 1}

Dated: New York, New York
January 29, 2013

SULLIVAN & WORCESTER LLP

By: /s/George O. Richardson, III
    George O. Richardson, III
    Mitchell C. Stein
    1633 Broadway
    New York, NY 10019
    (212) 660-3000

Counsel for Defendant/Counterclaim-
Plaintiff Cognac Brisset-Aurige S.a.r.l.

**MEMO ENDORSED** 1/29/13 (pw/Dkt 24)

1. Counsel's motion to withdraw, on consent of its defendant, is GRANTED.

2. [illegible handwritten order]

3. A corporation cannot appear pro se but must be represented by counsel.

4. [illegible] by 2/12

SO ORDERED:

Hon. Andrew Jay Peck
United States Magistrate Judge

BY ECF

# ECF TRANSCRIPTION SHEET



**ANDREW J. PECK**
**UNITED STATES MAGISTRATE JUDGE**
**UNITED STATES DISTRICT COURT**
Southern District of New York
United States Courthouse
500 Pearl Street, Room 1370
New York, N.Y. 10007-1312

Fax No.: (212) 805-7933
Telephone No.: (212) 805-0036

Dated: January 29, 2013          Total Number of Pages: 3

## TRANSCRIPTION OF MEMO ENDORSED ORDER

1. Counsel's motion to withdraw (Dkt. No. 24), on consent of the defendant, is GRANTED.

2. Mr. Richardson is to serve this Order and today's conference transcript on the defendant and file proof of service with the Court.

3. A corporation cannot appear pro se but must be represented by counsel.

4. Plaintiff is to move for a default and submit proof of damages (or for other relief) for inquest, by 2/12.

Copies by ECF to: All Counsel