UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

- - - - - - - - - - - - - - - - - - - - - - - - - - - x

RGI BRANDS, LLC,        :
           :
    Plaintiff/Counterclaim-Defendant,    :     No. 12 Civ. 1369 (BSJ) (AJP)
           :
      -    against -      :
           :
COGNAC BRISSET-AURIGE, S.A.R.L.,    :     <u>RICHARDSON AFFIDAVIT</u>
           :
    Defendant/Counterclaim-Plaintiff.    :

- - - - - - - - - - - - - - - - - - - - - - - - - - - x

STATE OF NEW YORK    )
          :    ss.:
COUNTY OF NEW YORK   )

    George O. Richardson, III, being sworn, says:

    1.   I am a member of the Bar of this Court and of Sullivan & Worcester LLP

("S&W").  I make this affidavit in compliance with the Court's order of January 29, 2013.

    2.   Today I sent a copy of the transcript of yesterday's conference to defendant by

sending an email with a copy of the transcript attached to info@aurige-drinks.com and

phb@aurige-drinks.com, which are the two email addresses I have for Cognac Brisset-Aurige

and which I regularly use to communicate with Cognac Brisset-Aurige.

3.      By the close of business today, I will send a copy of the transcript by the U.S.

Postal Service, air mail, addressed to Cognac Brisset-Aurige, Domaine de Puyrouyer, 16130

Saint-Preuil, France, which is the mailing address this firm uses to communicate with  Cognac

Brisset-Aurige.

4.      The telephone number I have used to contact Cognac Brisset-Aurige is 33 (0)5 45

83 41 93.

George O. Richardson, III

Sworn to before me this
30ᵗʰ day of January, 2013


SHARON C. MAGUIRE
Notary Public, State of New York
No. 4787860
Qualified in Westchester County
Commission Expires June 30, 200__

{N0334036; 1}