LAW OFFICES OF **RONALD I. PALTROWITZ**

wise counsel for growing businesses

By Telecopier (212) 805-7933

Hon. Andrew J. Peck
United States Magistrate Judge
United States Courthouse
500 Pearl Street
New York, New York 10007-1312

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC# _____
DATE FILED: 2/11/13

RECEIVED
FEB 08 2013
CHAMBERS OF
ANDREW J. PECK

February 8, 2013

Re: RGI Brands, LLC v. Cognac Brisset-Aurige S.A.R.L.
   12 CIV. 1369 (BSJ) (AJP)

Your Honor:

The undersigned is counsel for plaintiff in the above-captioned action. I would respectfully requesting that the date for Plaintiff to file its Motion for Default Judgment be extended for one week from February 12, 2013 to February 19, 2013. The basis for my request is the additional time required to gather evidence of damages.

This is the first request for an extension of time in connection with this motion.

**MEMO ENDORSED** 2/8/13
APPROVED.

SO ORDERED:
_____
Hon. Andrew Jay Peck
United States Magistrate Judge

Copy ECF: All Counsel

Very truly yours,

LAW OFFICES OF RONALD I. PALTROWITZ

By: _____
Ronald I. Paltrowitz

RIP:hs

To: Cognac Brisset-Aurige
   Domaine de Puyrouyer
   16130 Saint-Preuil
   France
   info@aurige-drinks.com
   phb@aurige-drinks.com
   Tel. 33(0)5 45 83 41 93

**BY ECF**

CORPORATE LIFE PARTNERSHIPS | BUSINESS STRUCTURING | EMPLOYMENT LAW
PRIVATE EQUITY FUNDING | INTELLECTUAL PROPERTY LAW | DISPUTE RESOLUTION
REAL ESTATE | JOINT VENTURES, STRATEGIC ALLIANCES | FRANCHISES/LICENSING