UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
_____

RGI BRANDS LLC,                                  :
       Plaintiff/Counterclaim Defendant,
                                            :

      -v-                                         Civil Action No. 12 CV 1369-(BSJ) (AJP)
                                            :

COGNAC BRISSET- AURIGE S.A.R.L,
       Defendant/Counterclaim Plaintiff.   :
_____

### CERTIFICATE OF SERVICE

      I, Ronald I. Paltrowitz, declare under penalty of perjury that I have served a copy of the attached Notice of Motion for Default Judgment, Declaration of Ronald I. Paltrowitz and the exhibits annexed thereto, Affidavit of Jared Rapp, and the Exhibits annexed thereto, and Memorandum of Law on Cognac Brisset – Aurige S.a.r.l., whose address is Domaine de Puyrouyer, St. Preuil 16130 France by email to: info@aurige-drinks.com and phb@aurige-drinks.com.

Dated: New York, New York
       February 19, 2013

                                                  Ronald I. Paltrowitz
                                                Attorney for RGI Brands LLC
                                                Law Offices of Ronald I. Paltrowitz
                                                1375 Broadway, 3rd Floor
                                                New York, New York 10018
                                                917-822-2881
                                                rpal@paltrowitzlaw.com