**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF NEW YORK**
-- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - X

        IN THE MATTER OF REASSIGNMENT

                                         NOTICE OF REASSIGNMENT

             OF

 CASES FROM HON.   BARBARA S. JONES

-- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - X

The cases on the attached list are reassigned to the calendar of:

HON. LORNA G. SCHOFIELD

The attorney(s) for the plaintiff(s) are requested to serve a copy of this Notice of

Reassignment on all defendants.

Dated: March 11, 2013


Ruby J. Krajick, CLERK


Philip Guarnieri
By: _____
Deputy Clerk



cc: Attorneys of Record

Judge Jones to Judge Schofield

04-CV-1850

06-CV-1202

07-CV-7073

07-CV-9515

07-CV-11230

09-CV-5456

09-CV-6234

09-CV-8071

09-CV-9323

09-CV-9832

09-CV-10601

10-CV-1150

10-CV-4858

10-CV-6910

11-CV-1307

11-CV-1671

11-CV-1761

11-CV-2516

11-CV-2751

11-CV-2968

11-CV-3609

11-CV-3715

11-CV-4141

11-CV-4260

11-CV-4269

11-CV-4628

11-CV-4890

11-CV-5055

11-CV-6612

11-CV-6834

11-CV-7030

11-CV-7031

11-CV-7737

11-CV-8724

11-CV-9124

11-CV-9464

12-CV-0027

12-CV-0163

12-CV-0445

12-CV-0455

12-CV-0985

12-CV-1238

12-CV-1247

12-CV-1369

12-CV-1490

12-CV-1617

12-CV-1655

12-CV-1898

12-CV-2050

12-CV-2114

12-CV-2678

12-CV-2958

12-CV-2991

12-CV-3025

12-CV-3178

12-CV-3316

12-CV-3366

12-CV-3435

12-CV-3708

12-CV-3816

12-CV-3966

12-CV-3987

12-CV-4466

12-CV-4519

12-CV-4579

12-CV-4662

12-CV-4692

12-CV-4820

12-CV-4865

12-CV-5103

12-CV-5252

12-CV-5574

12-CV-5664

12-CV-5795

12-CV-5836

12-CV-6295

12-CV-6327

12-CV-6844

12-CV-6903

12-CV-7001

12-CV-7129

12-CV-7308

12-CV-7524

12-CV-7703

12-CV-7895

13-CV-1453