USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 4/30/13

**By E-Mail (Schofield_NYSDChambers@nysd.uscourts.gov)**

Hon. Lorna G. Schofield
United States District Court
Southern District of New York
500 Pearl Street
New York, New York 10007

April 26, 2013

Re:   RGI Brands, LLC v. Cognac Brisset-Aurige S.A.R.L.
      12 CIV. 1369 (LGS) (AJP)

Your Honor:

The undersigned is counsel for plaintiff in the above-captioned action.

On April 18, 2016, Plaintiff was served with Magistrate Judge Peck's Report and Recommendation ("Report") in connection with Plaintiff's Motion for Default Judgment ("Motion"). The Report provided that written objections were to be filed with the Clerk of the Court within fourteen (14) days of service on Plaintiff or May 2, 2013 and that requests for extensions of time to submit objections be submitted to Your Honor (Report, p.42).

Mr. Jared Rapp, the principal Member of Plaintiff, whose affidavit was submitted in support of the Motion and whose assistance is critical to my preparation of objections to the Report, has been unavailable for the past week as a result of an emergency requiring that his fiancé undergo surgery in Los Angeles, where Mr. Rapp and his fiancé were attending a trade show. It does not appear that Mr. Rapp will be available to assist me until sometime after May 2nd.

Accordingly, I respectfully request that Plaintiff be granted a thirty (30) day extension of time until June 3, 2013 to submit written objections to the Report.

This is the first request for an extension of time to file written objections.

Plaintiff is granted a 30-day extension of time, until June 3, 2013, to submit any written objections to the Report and Recommendation (Dkt. No. 40).

SO ORDERED

HON. LORNA G. SCHOFIELD
UNITED STATES DISTRICT JUDGE

Dated: April 30, 2013
       New York, New York

Respectfully submitted,

LAW OFFICES OF RONALD I. PALTROWITZ

By: _____
    Ronald I. Paltrowitz

RIP:hs

Cc:  Hon. Andrew J. Peck (By Telecopier: 212.805.7933)
     Jared Rapp (by e-mail)