LAW OFFICES OF RONALD I. PALTROWITZ
1375 BROADWAY, 3RD FLOOR
NEW YORK, NEW YORK 10018
TELEPHONE: 917.822.2881
TELECOPIER: 646.218.0917
E-MAIL: RPAL@PALTROWITZLAW.COM

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 9/13/13

**By E-Mail (Schofield_NYSDChambers@nysd.uscourts.gov)**

Hon. Lorna G. Schofield
United States District Court
Southern District of New York
500 Pearl Street
New York, New York 10007

September 12, 2013

Re:   RGI Brands, LLC v. Cognac Brisset-Aurige S.A.R.L.
      12 CIV. 1369 (LGS) (AJP)

Your Honor:

The undersigned is counsel for plaintiff in the above-captioned action.

On August 23, 2013, the Court entered an Order adopting the recommendations in Magistrate Judge Peck's Report and Recommendation in connection with Plaintiff's Motion for Default Judgment and awarded Plaintiff $57,940.00 in contract damages, $7,814.45 in pre-judgment interest, $1,216.00 in costs, and post judgment interest pursuant to U.S.C. §1961.

Mr. Jared Rapp, the principal Member of Plaintiff, has advised me that Plaintiff wishes to file a Motion pursuant to Rule 52 (b) of the Federal Rules of Civil Procedure, requesting that the Court amend its findings, make additional findings, and amend the judgment accordingly. In addition, Plaintiff's motion will also request a hearing as Plaintiff believes that the facts supporting its damage claims are sufficiently intricate to prevent a complete understanding on the basis of papers alone.

Plaintiff is currently attempting to obtain additional documents that have not previously been available for the Magistrate's or the Court's review including, but not limited to, customs records just obtained that support Plaintiff's damage allegations with regard to the first container shipment received from Defendant.

By E-Mail (Schofield_NYSDChambers@nysd.uscourts.gov)

Hon. Lorna G. Schofield
United States District Court
Southern District of New York
September 12, 2013

As the Court is aware, Rule 52 (b) requires that Plaintiff's Motion be made within 28 days of the entry of the Court's Order. This will not provide Plaintiff with sufficient time to adequately prepare the Motion and obtain additional documentation. Accordingly, I respectfully request that Plaintiff be granted a thirty (30) day extension of time until October 16, 2013 to submit its Rule 52 (b) Motion.

This is the first request for an extension of time to file this Motion.

Respectfully submitted,

LAW OFFICES OF RONALD I. PALTROWITZ

By: _____
Ronald I. Paltrowitz

RIP:hs

cc: Jared Rapp (by e-mail)

Application denied based on the reason for the request. The time is long past to put additional evidence before the Court. Plaintiff shall file any motions by the date required by the Federal Rules of Civil Procedure. Counsel for Plaintiff is reminded to review and comply with Individual Rule I.B.1 in all future communications with Chambers.
Dated: September 13, 2013
       New York, New York

SO ORDERED

_____
HON. LORNA G. SCHOFIELD
UNITED STATES DISTRICT JUDGE